IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY T. HANNIBLE,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:10-cv-01395 JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>(Doc. 16). |

　　　　Plaintiff Roy Hannible, a state prisoner proceeding pro se, filed this civil rights action against several defendants pursuant to 42 U.S.C. § 1983. On April 5, 2012, the Court dismissed Plaintiff's claims against Defendants Schwarzenegger, Brown, and Yates and found service appropriate as to Defendant Aguilera. (Doc. 16). The Court's April 5, 2012 order required Plaintiff to complete the Notice of Submission of Documents and return a completed summons for Defendant Aguilera, a completed USM-285 form, and two copies of the first amended complaint within 30 days of the Court's order. (Doc. 16 at 9).

　　　　In its April 5, 2012 order, the Court warned Plaintiff that if he failed to comply with the order, the Court would dismiss the action. (Id.). The Clerk of the Court sent Plaintiff the service documents to complete and return to the Court on April 5, 2012. Despite the Court's order and

warning, Plaintiff has failed to return the service documents as ordered.

Accordingly, it is HEREBY ORDERED that within 14 days from the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute this action and or failing to comply with the Court's order. Alternatively, within 14 days from the date of service of this order, Plaintiff shall complete and return the following documents previously sent to him and ordered to be returned to the Court:

1. The Notice of Submission of Documents along with:
2. One completed summons for Defendant Aguilera;
3. One completed USM-285 form; and
4. Two copies of the endorsed first amended complaint filed August 5, 2011;

**Plaintiff is firmly cautioned that if he fails to comply with this order, the Court will dismiss this action.**

IT IS SO ORDERED.

Dated:   **May 8, 2012**                       /s/ Jennifer L. Thurston
                                               UNITED STATES MAGISTRATE JUDGE