IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY T. HANNIBLE,<br><br>                    Plaintiff,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants. | Case No. 1:10-cv-01395 JLT (PC)<br><br>**ORDER VACATING ORDER DISMISSING COMPLAINT AND ORDER RE-OPENING CASE**<br><br>(Doc. 18 and 19). |

      Plaintiff is a state prisoner who was proceeding pro se and in forma pauperis, with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed May 30, 2012, the Court entered a judgment dismissing Plaintiff Roy Hannible's case without prejudice for failure to prosecute and failure to comply with the Court's orders. (Doc. 18 and 19). Specifically, the Court dismissed Plaintiff's case because he failed to timely respond to the Court's order to show cause and failed to timely return the service documents sent to him.

      On June 7, 2012, this Court received the service documents it previously ordered Plaintiff to return. (Doc. 20). Given that the Court had previously found Plaintiff's claim appropriate for service, this Court will vacate its May 30, 2012 order dismissing Plaintiff's Complaint and the Judgment entered the same date (Docs. 18 and 19) and will direct the clerk of the court to re-open

1

the case.

Plaintiff is cautioned that further failure to timely respond to the Court's orders may result in his case being dismissed. Once the case is re-opened, the Court will order service of the complaint.

Based upon the foregoing, it is HEREBY ORDERED:

1. The Order Dismissing Plaintiff Complaint issued May 30, 2012 is **VACATED**;
2. The Judgment Order Dismissing Plaintiff's case entered May 30, 2012 is **VACATED**;
3. The Clerk of the Court is directed to **RE-OPEN** the case.

IT IS SO ORDERED.

Dated:   **June 14, 2012**                             /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE